UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
RICHARD BRODY,

                    Plaintiff,      :    Index No. 07 CIV 7981

    v.

LORNA BRODY, ROBERT BRODY, and
EVELYN BRODY, 466 BROOME STREET
OF NEW YORK CITY, INC.

                    Defendants.
------------------------------------------------------------- X

## NOTICE OF APPEARANCE
## AND DEMAND FOR SERVICE OF DOCUMENTS

     PLEASE TAKE NOTICE, that the undersigned appears herein as counsel for Robert Brody, Defendant in the above captioned proceedings, and hereby demands that our firm be added to the mailing list maintained by the Clerk of the United States District Court, Southern District of New York, and that a copy of the Complaint and all pleadings, notices given, or required to be given and all other papers served herein, or required to be served in these proceedings be given to, and served upon, **Harlan M. Lazarus, Esq.**, Lazarus & Lazarus, P.C., 240 Madison Avenue, 8th Floor, New York, New York 10016.

     Respectfully submitted this 27th day of September, 2007.

                    LAZARUS & LAZARUS, P.C.
                    Attorneys for Defendant Robert Brody

          By:_____
                    HARLAN M. LAZARUS, HML 0268
                    LAZARUS & LAZARUS, P.C.
                    240 Madison Avenue, 8th Floor
                    New York, New York 10016
                    Tel. 212 889-7400

To:   **SHEINDLIN & SULLIVAN, LLP**
       310 Broadway, 10th Floor
       New York, New York 10013
       Attention: **JOSEPH J. SULLIVAN III, ESQ.**