UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
RICHARD BRODY,

       Plaintiff,    : Index No. 07 CIV 7981

   v.

LORNA BRODY, ROBERT BRODY, and
EVELYN BRODY, 466 BROOME STREET
OF NEW YORK CITY , INC.

       Defendants.
------------------------------------------------------------------ X

STATE OF NEW YORK )
         ) ss.:
COUNTY OF NEW YORK )

  **LESLIE K. SCHWARZ**, being duly sworn, deposes and says:

  I am not a party to this action, I am over the age of 18 years and I reside in Queens County.

  On September 27, 2007, I mailed a true copy of the within document titled: **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF DOCUMENTS,** by depositing said true copy into a sealed, pre-paid wrapper, for delivery under the exclusive care and custody of the United States Postal Service located within this City and State addressed to the following:

    **SHEINDLIN & SULLIVAN, LLP**
    310 Broadway, 10th Floor
    New York, New York 10013
    Attention: **JOSEPH J. SULLIVAN III, ESQ.**

               _____
                LESLIE K. SCHWARZ

Sworn to before me
this 27th day of September, 2007

_____
  Notary

    HARLAN M. LAZARUS
    Notary Public, State of New York
    No. 31-4723982
    Qualified in New York County
    Commission Expires February 28, 20 11