RAND ROSENZWEIG
    RADLEY & GORDON LLP
Attorneys for Defendants,
    *Lorna Brody, Evelyn Brody, and*
    *466 Broome Street of New York City, Inc.*
50 Main Street, 12th Floor
White Plains, New York  10606
(914) 406-7000

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
RICHARD BRODY,                                            :
                                                          :     07 CV 7981 (RJS)
                                    Plaintiff             :
              v.                                          :
                                                          :     **NOTICE OF APPEARANCE**
LORNA BRODY, ROBERT BRODY and                             :
EVELYN BRODY, 466 BROOME STREET                           
OF NEW YORK CITY, INC.,                                   
                                                          :
                                    Defendants.           :
-----------------------------------------------------------x

    **PLEASE TAKE NOTICE** that the undersigned hereby appears for defendants, Lorna Brody, Evelyn Brody, and 466 Broome Street of New York City, Inc., and hereby requests service of all papers and notices of all proceedings in this action.

Dated: November 9, 2007

                                                _____/S/_____
                                                CHARLES L. ROSENZWEIG [CR 7622]
                                                RAND ROSENZWEIG
                                                    RADLEY & GORDON LLP
                                                50 Main Street, 12th Floor
                                                White Plains, NY 10606
                                                (914) 406-7000
                                                (*Attorneys for Defendants, Lorna Brody,*
                                                *Evelyn Brody, and 466 Broome Street of*
                                                *New York City, Inc.*)