UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
RICHARD BRODY,

                        Plaintiff,

   - against -

LORNA BRODY, ROBERT BRODY, and
EVELYN BRODY, 466 BROOME STREET
OF NEW YORK CITY, INC.

                       Defendants.
------------------------------------------------------------- X

Index No. 07 CIV 7981

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED**, by and between undersigned counsel as follows:

1.    defendant Robert Brody's time to answer or move with respect to the Complaint shall be extended up to and including December 10, 2007; and

2.    this Stipulation be executed via facsimile, deeming the facsimile signatures as original.

SHEINDLIN & SULLIVAN, LLP
Attorneys for Plaintiff Richard Brody

By: _____
    Joseph J. Sullivan III (JS 1889)
350 Broadway, 10th Floor
New York, New York 10013
Tel. No. (646) 201-9120

Dated: New York, New York
       November 6, 2007

LAZARUS & LAZARUS, P.C.
Attorneys for Defendant Robert Brody

By: _____
    Harlan M. Lazarus (HML 0268)
240 Madison Avenue, 8th Floor
New York, New York 10016
Tel. No. (212) 889-7400

SO ORDERED:

_____
RICHARD SULLIVAN, U.S.D.J.