# SHEINDLIN & SULLIVAN, LLP

ATTORNEYS AT LAW

350 BROADWAY, 10th FLOOR
NEW YORK, NEW YORK 10013

GREGORY E. SHEINDLIN
JOSEPH J. SULLIVAN III

(646) 201-9120
FAX: (212) 202-4378
js@sheindlinsullivan.com



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/07

December 6, 2007

VIA FACSIMILE

Honorable Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street, Room 615
New York, NY 10007

    Re:   Richard Brody v. Lorna Brody, Robert Brody, Evelyn Brody et al.
            (Index No. 07 CIV 7981 (RJS))

Dear Judge Sullivan:

    I am faxing this letter after speaking to and receiving permission from Gretchen.

    Yesterday, I received notice that the Court ordered Plaintiff to respond to Defendants' letter dated November 21, 2007 by December 8, 2007 and for the parties to appear at 4:30 p.m. on December 12, 2007 for a conference to discuss the letters. I am in the middle of another case, and I have an appointment outside the office on December 12th. I telephoned counsel representing Defendants yesterday, and they consented to Plaintiff's request that Plaintiff's response date be moved to Friday, December 15 and that the appearance be moved to December 19th at 4:30 p.m.

    Plaintiff has not requested any prior adjournment or extension and all the adversaries consent to this request. Thank you for your consideration.

Very truly yours,

Joseph Sullivan

cc:   Harlan M. Lazarus (via facsimile)
       Charles L. Rosenzweig (via facsimile)

*Plaintiff shall submit a response letter by Thursday, December 13, 2007. The pre-motion conference is hereby adjourned to December 19, 2007 at 3:00 pm.*

SO ORDERED [signature]
Dated: 12/7/07
RICHARD J. SULLIVAN
U.S.D.J.