UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



RICHARD BRODY,

          Plaintiff,

-v-

LORNA BRODY, ROBERT BRODY,
EVELYN BRODY, 466 BROOME STREET
OF NEW YORK CITY, INC.,

          Defendants.

No. 07 Civ. 7981 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

At the conference held before the Court on December 19, 2007, regarding defendants' proposed motion to dismiss the complaint in the above-entitled action, the Court adopted the following briefing schedule:

    Defendants shall submit their motion January 31, 2008.
    Plaintiff shall submit his opposition by March 3, 2008.
    Defendants shall submit their reply, if any, by March 17, 2008.

Thereafter, the Court will schedule oral argument regarding defendants' motion, if necessary.

SO ORDERED.

DATED:    New York, New York
              December 19, 2007

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE