RAND ROSENZWEIG
    RADLEY & GORDON LLP
Charles L. Rosenzweig (CR 7622)
Catherine S. Campbell (CC 3497)
Attorneys for Defendants,
    *Lorna Brody, Evelyn Brody, and*
    *466 Broome Street of New York City, Inc.*
50 Main Street, 12th Floor
White Plains, New York  10606
(914) 406-7000

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------x
RICHARD BRODY,                                     :
                                                   :        07 CV 7981 (RJS)
                                        Plaintiff  :
                    v.                             :
                                                   :        **NOTICE OF**
                                                   :
                                                   :        **MOTION TO DISMISS**
                                                   :
LORNA BRODY, ROBERT BRODY                          :
EVELYN BRODY, 466 BROOME STREET                    :
OF NEW YORK CITY, INC.,                            :
                                                   :
                                      Defendants.  :
--------------------------------------------------------x

      **PLEASE TAKE NOTICE** that the undersigned will move the Court, before the Hon.

Richard J. Sullivan, U.S.D.J., at the United States Courthouse located at 500 Pearl Street, New

York, New York, on a date to be specified by the Court consistent with the Federal Rules of

Civil Procedure, for an Order, pursuant to Fed.R.Civ.P. Rule 12(b)(6) dismissing the Complaint

in its entirety as to Defendants Lorna Brody, Evelyn Brody and 466 Broome Street of New York

City, Inc. (collectively the "Defendants"), in the above captioned matter.

      In applying for the aforementioned relief, Defendants rely upon their Memorandum of

Law.

**PLEASE TAKE FURTHER NOTICE** that, affidavits in opposition to the instant

motion, and any other papers in opposition to the instant motion are to be served on the

undersigned not later than March 3, 2008.


Dated: January 31, 2008
        White Plains, New York

                                    RAND ROSENZWEIG RADLEY
                                         & GORDON LLP

                                    _____/S/_____
                                    CHARLES L. ROSENZWEIG [CR 7622]
                                    (*Attorneys for Defendants Lorna Brody,*
                                    *Evelyn Brody and 466 Broome Street of*
                                    *New York City, Inc.*)
                                    50 Main Street, 12th Floor
                                    White Plains, NY 10606
                                    (914) 406-7000


To:    Joseph J. Sullivan III, Esq.
       SHEINDLIN & SULLIVAN, LLP
       350 Broadway, 10th Floor
       New York, N.Y. 10013

       HARLAN M. LAZARUS, ESQ.
       240 Madison Ave., 8th Floor
       New York, N.Y. 10016