UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
RICHARD BRODY,

                       PLAINTIFF,          Index No.: 07 CIV 7981 (RJS)

    vs

LORNA BRODY, ROBERT BRODY, EVELYN BRODY, 466 BROOME STREET OF NEW YORK CITY, INC.,

                       DEFENDANTS.

-------------------------------------------------------------------X

STATE OF NEW YORK    )
                            )SS.:
COUNTY OF NEW YORK  )

      Carissa Schumacher, being duly sworn, deposes and says:

      I am not a party to this action, I am over the age of 18 years and I reside in Somerset County, New Jersey.

      On March 14, 2008, I mailed true copies of the following document(s): **REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF DEFENDANT ROBERT BRODY'S MOTION TO DISMISS**; enclosed in a sealed pre-paid wrapper for delivery, by depositing said true copies into an official depository under the exclusive care and custody of the United States Postal Service located within this City and State addressed to the following:

                **RAND ROSENZWEIG RADLEY & GORDON, LLP.**
                800 Third Avenue, 26th Floor
                New York, New York 10022
                **Attention: CHARLES ROSENZWEIG**
                    - and-
                **SHEINDLIN & SULLIVAN, LLP.**
                350 Broadway, 10th Floor
                New York, New York 10013
                **Attention: JOSEPH J. SULLIVAN III, ESQ.**

Sworn to before me this
14TH day of March, 2008

                                                  CARISSA SCHUMACHER

_____
Notary Public

HARLAN M. LAZARUS
Notary Public, State of New York
No. 31-4729982
Qualified in New York County
Commission Expires February 28, 20 11